IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 OCT -4  AM 10: 21

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA,
                    Plaintiff,

-vs-                                                    Case No.  A-06-CA-665-SS

BRENDA ABBOUD,
                    Defendant.

_____

## O R D E R

BE IT REMEMBERED on the 3rd day of October 2006 the Court called the above-captioned

matter, and the United States was represented by counsel and Brenda Abboud appeared pro se, and

the Court was advised that Ms. Abboud had answered questions propounded by representatives of

the Internal Revenue Service but was unable to produce business records as required as the records

were maintained in her computer in encrypted files and only she was able to obtain them.  Based on

Ms. Abboud's representation in open court that she would proceed to run those records on a disk and

deliver them by 10:00 a.m. Thursday, October 5, 2006, the Court enters the following order:

IT IS ORDERED that the United States Marshal release Brenda J. Abboud

conditioned on her providing the records in question to the Internal Revenue Service on a

disk by Thursday, October 5, 2006, at 10:00 a.m.

SIGNED this the ___3rd___ day of October 2006.

_____
UNITED STATES DISTRICT JUDGE