UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2006 OCT 12  AM 7: 56

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
           DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL NO. A- 06- CA 665 SS |
| | ) | |
| BRENDA J ABBOUD | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Petition to Enforce Internal Revenue Service Summons filed by Petitioner in the above-styled civil action; and upon the representation of undersigned counsel for Petitioner that said Respondent has substantially complied with the Court's Order and therefore this matter can be dismissed, and at the request and with the concurrence of undersigned counsel for Petitioner, it is this day,

ORDERED that this action be, and hereby is, DISMISSED , each party to bear its own costs.

This the _11th_ day of _October_ , 2006.

_____
JUDGE SAM SPARKS
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
STEVEN B. BASS
Assistant U.S. Attorney
Florida State Bar No. 767300